THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE McCLELLON, an individual

        Plaintiff,

v.

WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC (CRD#: 11025), a corporation; and WELLS FARGO CLEARING SERVICES, LLC (CRD#: 19616), a corporation

        Defendants.

NO. 2:18-cv-00852-JCC

PLAINTIFF'S MOTION TO VACATE JUDGMENT; AND MOTION FOR LEAVE TO AMEND COMPLAINT

    Pro Se Plaintiff Donte McClellon, hereby submits this Brief Motion to vacate judgement dated on October 11th 2018 and allow this Pro Se Plaintiff an additional 14 days to file a Second Amended Complaint. Pro Se Plaintiff Donte McClellon has been battling a chronic disease for over a year and it had intensified since Mid-October 2018 leaving the Pro Se Plaintiff physically incapable to respond in a timely matter to this case and many other cases. This shouldn't deny Pro Se Plaintiff of his right and pursuit of justice in this very important Consumer matter. For these reasons, Pro Se Plaintiff Donte McClellon request that this matter be allowed to proceed with a 14 day extension to file an Second Amended Complaint. Permission granted from this court to amend Complaint for the second time would not be futile.  In addition to that, Pro Se Plaintiff Donte McClellon also request that this court appreciate the fact that this Pro Se Plaintiff has many matters to get up to speed on and needs a reasonable amount of time to respond to all orders made from this court and others.

    DATED this 20th day of January, 2019

        By *[signature]* Donte McClellon
            Donte McClellon,
            Pro Se Plaintiff
            7909 37th Ave S.

                DONTE McCLELLON
                Pro Se Plaintiff
                7909 37th Ave S.
                Seattle, WA  98118

Seattle, Washington 98118

**CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury of the laws of the state of Washington that on 22nd of January 2019, I caused to be served a copy of the attached document(s) to the following counsel of record via mail:

Andrew Yates

LANE POWELL PC

1420 Fifth Avenue, Suite 4200

P.O. Box 91302

Seattle, WA 98111-9402

Dated this 22nd Day of January, 2019

*/s/ Donte McClellon*

Donte McClellon

DONTE McCLELLON
Pro Se Plaintiff
7909 37th Ave S.
Seattle, WA 98118