```
              FILED          ENTERED
              LODGED         RECEIVED

        SG   FEB 01 2019

                AT SEATTLE
           CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
    BY                          DEPUTY
```

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, an individual<br><br>                           Plaintiff,<br><br>v.<br><br>WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC (CRD#: 11025), a corporation; and WELLS FARGO CLEARING SERVICES, LLC (CRD#: 19616), a corporation<br><br>                           Defendants. | NO. 2:18-cv-00852-JCC<br><br>**DECLARATION OF DONTE MCCLELLON IN SUPPORT OF MOTION TO VACATE JUDGMENT AND FOR LEAVE TO AMEND** |

I, Donte McClellon, declare and state as follows:

1. I am the Pro Se Plaintiff in this matter. I have personal knowledge of the facts set forth herein and am competent to testify hereto.
2. Robert Fulton of Fulton Law PLLC was employed by Lane Powell PC. The same firm that Andrew G. Yates is apart of and represents Defendants in this case.
3. Fulton Law PLLC is located at the bottom right footer of Defendant's Exhibit B because Fulton Law PLLC created and submitted Exhibit B. And I had no involvement in Exhibit B's creation or submission to American Arbitration Association (abbreviated as AAA) and the AAA Arbitrator.
4. I have not initiated any AAA Arbitration to date.
5. I have not participated in any AAA Arbitration to date.
6. I have been battling a chronic disease for over a year and it had intensified since Mid-October 2018 leaving me physically incapable to respond in a timely matter and meet deadlines to this case and many other cases

I declare under the penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 1st day of February, 2019, in Seattle, Washington.

*/s/ Donte McClellon*

DONTE McCLELLON
Pro Se Plaintiff
7909 37th Ave S.
Seattle, WA 98118

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury of the laws of the state of Washington that on 1st of February 2019, I caused to be served a copy of the attached document(s) to the following counsel of record via mail:

Andrew Yates

LANE POWELL PC

1420 Fifth Avenue, Suite 4200

P.O. Box 91302

Seattle, WA 98111-9402

Dated this 1st Day of February, 2019

/s/ Donte McClellon

Donte McClellon

DONTE McCLELLON
Pro Se Plaintiff
7909 37th Ave S.
Seattle, WA 98118