THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0852-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO ADVISORS FINANCIAL NETWORKS, LLC (CRD#: 11025), *et al*., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appeal *in forma pauperis* (Dkt. No. 41). On March 18, 2019, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (Dkt. No. 42), as well as a motion and application for leave to appeal *in forma pauperis*. (Dkt. No. 41.) Pursuant to this District's Amended General Order No. 02-19, Plaintiff's motion (Dkt. No. 41) is hereby REFERRED to the Hon. Brian A. Tsuchida, United States Magistrate Judge.

//

//

//

MINUTE ORDER
C18-0852-JCC
PAGE - 1

DATED this 3rd day of April 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0852-JCC
PAGE - 2