UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0852-JCC |
| Plaintiff, | ORDER |
| v. | |
| WELLS FARGO ADVISORS FINANCIAL NETWORK LLC, | |
| Defendant. | |

The Court, having reviewed Plaintiff's motion and application for leave to appeal *in forma pauperis* ("IFP") (Dkt. No. 41), the Report and Recommendation (Dkt. No. 45) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 45).

(2) Plaintiff's motion and application to appeal IFP (Dkt. No. 41) is DENIED as Plaintiff has not brought his appeal in good faith.

(3) The Clerk is directed to send copies of this order to Plaintiff, to Judge Tsuchida, and the Ninth Circuit Court of Appeals.

//

//

1       DATED this 30th day of April 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0852-JCC
PAGE - 2